1048

ARTHUR V. ANDERSON, *Appellant*, v. TERRY
AUGERSON, ET AL, *Respondents*.

Appeal from a judgment of the Superior Court for King
County, No. 810402, Erle W. Horswill, J., entered May 23,
1978. *Affirmed* by unpublished opinion per Petrie, J., con-
curred in by Pearson and Petrich, JJ.

THE STATE OF WASHINGTON, *Respondent*, v. DONALD
C. KRAMER, *Appellant*.

Appeal from a judgment of the Superior Court for Grays
Harbor County, No. CR-263, John H. Kirkwood, J.,
entered January 17, 1979. *Affirmed* by unpublished opinion
per Petrie, J., concurred in by Reed, C.J., and Petrich, J.

*In the Matter of* GEORGE W. LASSITER.

Appeal from a judgment of the Superior Court for
Whitman County, No. 28420, Patrick McCabe, J., entered
April 2, 1979. *Affirmed* by unpublished opinion per
McInturff, J., concurred in by Green, C.J., and Roe, J.

THE STATE OF WASHINGTON, *Respondent*, v. ALBERT
CLIFF, *Appellant*.

Appeal from a judgment of the Superior Court for Clark
County, No. 10167, John N. Skimas, J., entered November
2, 1978. *Affirmed* by unpublished opinion per Petrie, J.,
concurred in by Reed, C.J., and Petrich, J.